FILED

13 FEB -4 PM 3: 55

DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK LaVAN JACKSON, aka Lord Masters Moreña, Booking #13700917,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA; SAN DIEGO; GEORGE BAILEY DETENTION FACILITY,<br><br>Defendants. | Civil No.   13cv0149 WQH (MDD)<br><br>ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a) |

Derek LaVan Jackson, aka Lord Masters Moreña ("Plaintiff"), currently detained at George Bailey Detention Facility in San Diego, and proceeding pro se, has filed a one-page document entitled "civil rights complaint" which "asks for injunctive and compensatory relief," "10 million dollars" and a "3-judge jury." Plaintiff's sole claim is that he has been "denied access to courts," because when he "asked a deputy for paper," the deputy responded: "This isn't Office Depot." (Compl. at 1.)

Plaintiff claims he also "would like ... to proceed *in forma pauperis*," but he has not submitted the affidavit required by 28 U.S.C. § 1915(a)(1), or submitted a certified copy of his trust fund account statement as is required by 28 U.S.C. § 1915(a)(2).

///

## I.

### Failure to Pay Filing Fee or Request IFP Status

All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay this filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff has not prepaid the $350 filing fee required to commence a civil action, nor has he complied with 28 U.S.C. § 1915. Therefore, the action cannot yet proceed. *Id.*

## II.

### Conclusion and Order

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2) **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is filed to: (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to Proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); S.D. CAL. CIVLR 3.2(b).[1]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with this Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma*

---

[1] Plaintiff is cautioned that if he intends to further prosecute this civil action either by paying the full filing fee required by 28 U.S.C. § 1914(a), or moving to proceed IFP, the one-page document he has already submitted will be construed as his Complaint, screened, and is likely to be immediately dismissed insofar as it contains no "short plain statement of the grounds for the court's jurisdiction," and no "showing that [he] is entitled to relief." FED.R.CIV.P. 8(a)(1), (2). The Court must further dismiss sua sponte any prisoner complaint or IFP case which is determined to be frivolous or malicious, fails to state a claim, or which seeks monetary relief from governmental defendants who are immune. *See* 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2)(b); *Lopez v. Smith*, 203 F.3d 1122, 1126-27 (9th Cir. 2000) (en banc) (noting that 28 U.S.C. § 1915(e) "not only permits but requires" the court to sua sponte dismiss an *in forma pauperis* complaint that fails to state a claim); *Rhodes v. Robinson*, 621 F.3d 1002, 1004 (9th Cir. 2010) (discussing sua sponte screening required by 28 U.S.C. § 1915A(b) of all prisoner complaints).

1 *Pauperis.*" If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the
2 enclosed Motion to Proceed IFP within that time, this action shall remain dismissed without
3 prejudice and without further Order of the Court.

5 DATED: 2/4/13

HON. WILLIAM Q. HAYES
United States District Judge